U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR 1 6 2026

JENNIFER P. LYONS, CLERK

BY _____
DEPUTY CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

Ethan Dylan Clark )
)
[Enter above the full name of )
the plaintiff in this action] )
)
v. )     **Docket No.**
)
Maine State Prison )
)
in Warren )
)
)
)
[Enter above the full name of )
the defendant(s) in this action] )

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes [   ]     No [ ✓ ]

    B.    If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)    _____

      2. Court [If federal court, name the district; if state court, name the county]

        _____

      3. Docket number    _____

      4. Name of judge whom case was assigned_____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome_____

II.    Place of present confinement _Maine State Prison_

A. Is there a prisoner grievance procedure in this institution?
  Yes [✓]    No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes [✓]    No [ ]

C. If your answer is "Yes"

  1. What steps did you take? _Filed grievance_

  _____

  _____

  2. What was the result? _Was talked into signing name that everything was "resolved" because captain "couldn't" talk about the outcome with me._

III.    Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff _Ethan Clark_

  Address _807 Cushing Road Warren ME, 04864_

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant _Maine State Prison_

  Position _Correctional officers_

  Address _807 Cushing Road Warren ME, 04864_

C. Additional Defendant(s)_____

IV.    **Statement of Claim**

[State here as briefly as possible the <u>facts</u> of your case.  Describe how each
defendant is involved.  Include also the names of other persons involved, dates and
places.  Do not give any legal arguments or cite any cases or statutes.  If you intend
to allege a number of related claims, number and set forth each claim in a separate
paragraph.  Use as much space as you need.  Attach extra sheet if necessary.]

I was placed in cuffs to be brought to Seg for observation
for making suicidal statements via text message and was dragged in
hand-cuffs for dout 50 feet because I wouldn't walk and then was
picked up and slammed on my face which caused injury and was put in
restraint chair for 9 hours with only 2 restraint checks ever being
done.  2/7/26

V.    **Relief**

[State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.]

I want the guards involved to be held accountable for what
they did to me and to be transfered to a diffrent facility where
IM not in fear of this happening again.

_Ethan Clark_
Signature of Plaintiff

Signed this 11th day of March , 20 26

I declare under penalty of perjury that the foregoing is true and correct.

3/11/26
Date

_Ethan Clark_
Signature of Plaintiff